IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EMILIO LOPEZ, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 15-4193 |
| CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security, | : | |
| Defendant. | : | |

FILED
SEP 1 9 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

**ORDER**

J. WILLIAM DITTER, JR., J.,

AND NOW, this 19th day of September, 2016, upon consideration of the Plaintiff's Request for Review and the Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Plaintiff's Request for Review is DENIED.

BY THE COURT:

J. WILLIAM DITTER, JR., J.